JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MAG INSTRUMENT, INC., | Case No. 5:22-CV-01742-JGB (SPx) |
| Plaintiff, | |
| vs. | **ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| GBT GmbH, | |
| Defendant. | |
| GBT GmbH, | |
| Counterclaimant, | |
| vs. | |
| MAG INSTRUMENT, INC., and MAGLITE EUROPE, | |
| Counterdefendants. | |

Based upon the stipulation of the parties, this action, including all claims and counterclaims, is hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: October 18, 2023

_____
United States District Judge Jesus G. Bernal

ORDER ON JOINT STIPULATION RE DISMISSAL WITH PREJUDICE